McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8955
  Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALBERT F. BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 1:20−CV−00019-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Albert F. Brown ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Section 205(g) of the Social Security Act, as amended 42 U.S.C. 405(g), sentence four.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to reconsider the severity of Plaintiff's medically determinable impairments; if warranted, to consider Plaintiff's residual functional capacity; if necessary, to obtain supplemental evidence from a vocational expert; to offer Plaintiff the opportunity for a hearing with a different ALJ; and to issue a new decision.

Stip. to Remand; 1:20−CV−00019-SKO

1    The parties further request that the Court direct the Clerk of the Court to enter a final
2  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
3  Commissioner.

   Respectfully submitted this 14th day of August 2020.

| | | | |
|---|---|---|---|
| Dated:  August 14, 2020 | | By: | */s/  David F. Chermol\** |
| | | | CHERMOL & FISHMAN, LLC |
| | | | Attorney for Plaintiff |
| | | | *Authorized via e-mail |

| | | | |
|---|---|---|---|
| Dated:  August 14, 2020 | | | McGREGOR W. SCOTT |
| | | | United States Attorney |
| | | | DEBORAH LEE STACHEL |
| | | | Regional Chief Counsel, Region IX |
| | | | Social Security Administration |
| | | By: | /s/ *Daniel P. Talbert* |
| | | | DANIEL P. TALBERT |
| | | | Special Assistant United States Attorney |
| | | | |
| | | | Attorneys for Defendant |

Stip. to Remand; 1:20−CV−00019-SKO

# ORDER

Pursuant to the parties' above stipulation, (Doc. 11), for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Albert Brown and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

Dated:   **August 17, 2020**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE